# United States District Court
# Violation Notice

CVB Location Code: CA49

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0V70007 | O'Brien | 2679 |

F0V70007

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08/08/2026 21:58 | FED 36CFR261.12G |

Place of Offense
Everitt Memorial Hwy

Offense Description: Factual Basis for Charge
CVC 4000 (a) (1) expired reg

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Bradley | Cory | N |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN: JT5RN44D7B0000279 CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| H947003 | OR | 1981 | TOYT/Dolphin | ☐ | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 200.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 230.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete Original - CVB Copy FS-5300-4 (7/05)

F0V70007

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 08/08/2026 while exercising my duties as a law enforcement officer in the Eastern District of CA

Pursuant to 16USC 551: On the 8th of August 2026 at approximately 2150 hours while parked in my marked patrol vehicle with LEO Pero, in the Bunny Flat area of the Everitt memorial Hwy, I observed a RV without working taillights. I then started my vehicle and drove to catch up with the RV upon reaching it I observed no visible license plate on the back of the vehicle. I then advised Siskiyou County that I would be conducting a traffic stop on a RV with no plates. I then activated my emergency lights and sirens to pull the vehicle over. I then approached the vehicle and identified myself as a Law Enforcement Officer with the US Forest Service. I then requested driver license, registration and proof of insurance. The driver stated that he did not have a driver license, insurance or registration. As well that he doesn't "need a license to travel". I then asked him for his name, date of birth and what state he was a resident of. He stated his name was Cory Bradley and that his DOB was 12/11/1992 but that he was not a resident of any state. Upon further questioning he stated he had an Oregon ID A437531 which he produced. LEO Pero was able to locate a license plate on the front of the vehicle, OR H947003. The return on the plate came back expired in 2023 on a Motorhome. Bradley was given a violation notice for 36 CFR 261.12G CVC 4000 (a)(1) expired registration.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/08/2026 ______________________________

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident